UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.J. TRUCCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFE PRODUCE LLC and JUENG LEE, <br><br> Defendants. | 22-CV-0121 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

      An initial status conference is scheduled in this action for April 15, 2022.  To date, none of the defendants has responded or otherwise appeared in this action.  No later than April 14, 2022, Plaintiff shall file a letter on the docket indicating whether it believes proceeding with the status conference would be productive and whether and when it plans to move for default judgment.

SO ORDERED.

Dated:    April 12, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge