UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.J. TRUCCO, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFE PRODUCE LLC and JUENG LEE, <br><br> Defendants. | No. 22-CV-0121 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On April 5, 2022, the Clerk of Court entered certificates of default against Defendants Jefe Produce LLC and Jueng Lee, and on April 21, 2022, Plaintiff moved for default judgment against Defendants. Upon consideration of that motion and supporting documents, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by June 20, 2022 on Defendants. Plaintiffs shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that any answering papers by Defendants should be filed on the docket by July 11, 2022.

IT IS FURTHER ORDERED that Defendants show cause at a telephonic conference on July 18, 2022 at 2:00 p.m. why a default judgment should not be entered in favor of Plaintiff for the relief requested in the Complaint. The parties shall use the dial-in information provided below to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:   June 6, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge