UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

A.J. TRUCCO, INC.,

                             Plaintiff,

- against -

JEFE PRODUCE LLC and JUENG LEE,

                             Defendants.

----------------------------------------------------------------X

Case No.: 22CV00121 (RA)

**DEFAULT JUDGMENT**

This action having been commenced on January 6, 2022, by the filing of the Complaint, and thereafter, a copy of the Summons and Complaint were served on the defendants, JEFE PRODUCE LLC and JUENG LEE, and proof of such service having been filed with the Court, and time for the defendants, JEFE PRODUCE LLC and JUENG LEE, to answer the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:   That the plaintiff have judgment against the defendants, JEFE PRODUCE LLC and JUENG LEE, also known as JEUNG LEE, in the liquidated amount of SEVENTEEN THOUSAND THIRTEEN and 50/100 ($17,013.50) DOLLARS, with interest at nine percent (9%) from August 20, 2021 in the amount of ONE ~~HUNDRED~~ THOUSAND NINETEEN and ~~50~~/100 41 ($1,019.41) DOLLARS amounting in all to EIGHTEEN THOUSAND THIRTY-TWO and 91/100 ($18,032.91) DOLLARS.

Dated: New York, New York
        July 18  , 2022

                                                             U.S.D.J.
                                                         Hon. Ronnie Abrams